Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
George Ramirez

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA  WESTERN DIVISION**

| | |
|---|---|
| GEORGE RAMIREZ, | Case No.:  CV 09-7405 JC |
| Plaintiff, | [AMENDED]{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of TWO THOUSAND SEVEN HUNDRED FIFTY DOLLARS ($2,750) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:    October 19, 2010

                                    /s/
                        THE HONORABLE JACQUELINE CHOOLIJIAN
                        UNITED STATES MAGISTRATE JUDGE